IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Don Campbell,<br><br>    Plaintiff,<br><br>v.<br><br>Integrity Marketing Group, et al.,<br><br>    Defendants. | Civil Action No. 1:23-cv-00187 |

### DEFENDANTS' FAMILY FIRST LIFE LLC AND SHAWN MEAIKE NOTICE OF FILING STATE COURT RECORDS

In accordance with the Court's Order on February 22, 2023 (ECF No. 3), Defendants' Family First Life, LLC and Shawn Meaike hereby give notice of filing the complete record (minus discovery) and the docket sheet from Precinct 2 Justice Court of Travis County, TX, Case No. J2-CV-22-004581 (Attachment A).

Date: February 23, 2023

    Respectfully Submitted,

    */s/ Daniel Moises Wodnicki*
    Daniel Moises Wodnicki
    Texas Bar No. 24117211
    King & Spalding LLP
    500 W. Second Street, Suite 1800
    Austin, TX 78701
    Telephone: (512) 457-2000
    Facsimile: (512) 457-2100
    E-mail: dwodnicki@kslaw.com

    *Attorney for Defendants Integrity Marketing Group, Family First Life, LLC, and Shawn Meaike*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I served the same on Plaintiff by Certified Mail, Return Receipt Requested.

*/s/ Daniel Moises Wodnicki*
Daniel Moises Wodnicki