# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS,
# AUSTIN DIVISION

Don Campbell

    Plaintiff,

        v.        Civil Action No. 1:23-cv-00187

Integrity Marketing Group, Family First Life LLC, and Shawn Meaike

    Defendants.

_____ /

## NOTICE OF SETTLEMENT

Defendants Integrity Marketing Group, LLC, Family First Life, LLC, and Shawn Meaike (collectively, "Defendants"), by and through their undersigned counsel, hereby notify the Court that Plaintiff Don Campbell and Defendants have settled all claims between them in this matter and are in the process of completing the final closing documents. The parties anticipate filing the dismissal within 30 days.

Dated: April 18, 2023

        Respectfully submitted,

        */s/ Drew T. Bell*
        Drew T. Bell
        Texas Bar No. 24102889
        Daniel Moises Wodnicki
        Texas Bar No. 24117211
        King & Spalding LLP
        500 W. Second Street, Suite 1800
        Austin, TX 78701
        Telephone: (512) 457-2000
        Facsimile: (512) 457-2100
        E-mail: dbell@kslaw.com
        E-mail: dwodnicki@kslaw.com

        *Attorneys for Defendants Integrity*

*Marketing Group, Family First Life, LLC, and Shawn Meaike*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2023, I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system. I will serve the same on Plaintiff by Certified Mail, Return Receipt Requested.

*/s/ Drew T. Bell*
Drew T. Bell
