IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON CAMPBELL, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | 1:23-CV-187-RP |
| § | | |
| INTEGRITY MARKETING GROUP LLC, § | | |
| FAMILY FIRST LIFE, LLC, and SHAWN § | | |
| MEAIKE § | | |
| § | | |
| Defendants. § | | |

## ORDER

On May 3, 2023, Plaintiff filed a notice stating only, "Dismiss with prejudice." (Dkt. 18). Defendants have not filed any response in opposition. The Court construes Plaintiff's filing as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(a)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 22, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE